1   BARRY J. PORTMAN
    Federal Public Defender
2   JAY RORTY
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant JACOBO-QUIROZ

6

7                 IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   No. CR 07-00082 JW
                                     )
11              Plaintiff,           )
                                     )
12                                   )   STIPULATION AND [PROPOSED]
    v.                               )   ORDER TO CONTINUE SENTENCING
13                                   )   DATE
    MARCOS SAMUEL JACOBO-QUIROZ,     )
14                                   )
                Defendant.           )
15  _____ )

16

17          Assistant United States Attorney Ben Kennedy and defendant, Marcos Samuel Jacobo-

18  Quiroz, through his counsel, Assistant Federal Public Defender Jay Rorty, stipulate and agree

19  that the sentencing date in the above-captioned matter, presently scheduled for Monday, June 18,

    2007, should be continued to Monday, August 20, 2007, at 1:30 p.m.

20          The parties stipulate and agree that the sentencing date should be continued to allow the

21  U.S. Probation Office to complete their report.

22

23  Dated: June 11, 2007              _____/s/_____
24                                    JAY RORTY
                                      Assistant Federal Public Defender
25

26  Dated: June 11, 2007              _____/s/_____
                                      BEN KENNEDY
                                      Assistant United States Attorney

1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              )     No. CR 07-00082 JW
                                            )
12                    Plaintiff,            )     [PROPOSED] ORDER CONTINUING
                                            )     SENTENCING DATE
13   v.                                     )
                                            )
14   MARCOS SAMUEL JACOBO-QUIROZ,           )
                                            )
15                    Defendant.            )
     _____ )
16

17          The parties have jointly requested to continue the sentencing date set for June 18, 2007 to

18   August 20, 2007 at 1:30 p.m. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that

19   the sentencing date presently set is continued to Monday, August 20, 2007, at 1:30 p.m.

20

21   Dated: June 12, 2007                    _____
                                             JAMES WARE
22                                           United States District Judge

23

24

25

26

2

1  Distribute to:

2

3  Jay Rorty
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant
5

6  Ben Kennedy
   Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26